MDLOUT , STAYED

**U.S. District Court**
**Middle District of Florida (Ocala)**
**CIVIL DOCKET FOR CASE #: 5:07-cv-00360-WTH-GRJ**

Lord et al v. Davol, Inc. et al
Assigned to: Senior Judge Wm. Terrell Hodges
Referred to: Magistrate Judge Gary R. Jones
Cause: 28:1332 Diversity-Product Liability

Date Filed: 09/04/2007
Date Terminated: 10/25/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Clara M. Lord** represented by **Alex Alvarez**
The Alvarez Law Firm
355 Palermo Ave.
Coral Gables, FL 33134
305/444-7675
Fax: 305/444-0075
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenny Lord**
*her husband* represented by **Alex Alvarez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**
*a Rhode Island corporation for profit* represented by **John M. Kvartek**
Clark, Partington, Hart, Larry, Bond & Stackhouse
125 W Romana St - Ste 800
PO Box 13010
Pensacola, FL 32591-3010
850/434-9200
Fax: 850/432-7340
Email: jkvartek@cphlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.**
*a New Jersey corporation for profit* represented by **John M. Kvartek**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/04/2007 | 1 | COMPLAINT for damages against all defendants; jury demand (Filing fee $350.00, receipt number C-6013) filed by Clara M. Lord, and Kenny Lord. (Attachments: #(1) Civil Cover Sheet) (AIQ) (Entered: 09/05/2007) |
| 09/04/2007 | | Summons issued as to Davol, Inc., and C.R. Bard, Inc. (AIQ) (Entered: 09/05/2007) |
| 09/13/2007 | 2 | NOTICE of Designation under Local Rule 3.05-Track Two. (Attachments: # 1)(MAM) (Entered: 09/13/2007) |
| 09/13/2007 | 3 | NOTICE to counsel regarding CM/ECF. Signed by Judge Wm. Terrell Hodges. (MAM) (Entered: 09/13/2007) |
| 10/08/2007 | 4 | Unopposed MOTION to stay of Proceedings Pending Transfer to Federal MDL by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1)(Kvartek, John) (Entered: 10/08/2007) |
| 10/09/2007 | 5 | ORDER granting 4 Defendant Davol Inc.'s And Defendant C.R. Bard, Inc.'s Unopposed Motion For Stay of Proceedings Pending Transfer To Federal MDL. Signed by Judge Gary R. Jones on 10/9/2007. (grj) (Entered: 10/09/2007) |
| 10/09/2007 | 6 | RETURN of service executed on 9/19/07 by Clara M. Lord, Kenny Lord as to C.R. Bard, Inc. (AIQ) (Entered: 10/10/2007) |
| 10/09/2007 | 7 | RETURN of service executed on 9/17/07 by Clara M. Lord, Kenny Lord as to Davol, Inc. (AIQ) (Entered: 10/10/2007) |
| 10/25/2007 | 8 | MULTIDISTRICT LITIGATION conditional transfer panel order transferring case to: District of Rhode Island. Transferee court case number: CA 07-1932. MDL case number: 1842. (AIQ) (Entered: 10/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/29/2007 09:54:38 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:07-cv-00360-WTH-GRJ |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |